IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David J. Creely, Sr., ) | Case No. 14-23737-CMB |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Document No. WO-1 |
| ) | |
| David J. Creely, Sr., ) | Related to:  Document No. 75 |
| ) | |
| Social Security No. XXX-XX-2971 ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Roach Brothers, Inc. ) | |
| And Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this  26th         day of  October             , 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of David Creely, Sr. be terminated immediately.

Employer:

        **Roach Brothers, Inc.**
        **Attn: Payroll Department**
        **PO Box 12717**
        **Pittsburgh, PA 15241**

*/s/ Carlota M. Böhm*    kmt
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/26/18 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David J. Creely, Sr.
    Debtor

Case No. 14-23737-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Oct 26, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
db        +David J. Creely, Sr.,    20 Grace Street,    Pittsburgh, PA 15205-2909
           +Roach Brothers, Inc.,    Attn: Payroll Department,    PO Box 12717,    Pittsburgh, PA 15241-0717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
           James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
            cnoroski@grblaw.com
           Kenneth Steidl    on behalf of Debtor David J. Creely, Sr. julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           Matthew Christian Waldt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 10