UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA – PITTSBURGH DIVISION

| | |
|---|---|
| In Re: DAVID J. CREELY, SR. | ) Case No.: 14-23737-CMB |
| | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) **REQUEST FOR NOTICE** |
| | ) |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED.**

**R. BANKR. P. 2002(g)**

TO:     UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

        INTERESTED PARTIES

   **PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust

National Association, as Trustee of Chalet Series III Trust ("SNSC"), a creditor in the above –

captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed

in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of

Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings,

the filing of any requests for hearing, objections, and/or notices of motion, or any other

auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors'

committees and parties-in-interest and other notices as required by the United States

Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

   SNSC requests that for all notice purposes and for inclusion in the Master Mailing List

in this case, the following address be used:

1

**PHYSICAL ADDRESS:**

**EMAIL ADDRESS:**

2

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

BKNotices@snsc.com

3

4

5

6

Dated:  November 6, 2018

By: /s/ Kathy Watson
Kathy Watson
c/o SN Servicing Corporation
Bankruptcy Asset Manager
323 5th Street
Eureka, CA 95501
800-603-0836
BKNotices@snservicing.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA – PITTSBURGH DIVISION

| | |
|---|---|
| In Re: DAVID J. CREELY, SR., | Case No.: 14-23737-CMB |
| Debtors. | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 6, 2018 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor:** | **Chapter 13 Trustee:** |
|---|---|
| **David J. Creely, Sr.** | **Ronda J. Winnecour** |
| 20 Grace Street | Suite 3250, USX Tower |
| Pittsburgh, PA 15205 | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| **Debtor's Counsel:** | |
| **Kenneth Steidl** | **U.S. Trustee:** |
| Steidl & Steinberg | **Office of the United States Trustee** |
| Suite 2830 Gulf Tower | Liberty Center. |
| 707 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |

 _xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

 _xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2018 at Santa Ana, California

 _/s/ LaKeha Green_
LaKeha Green

CERTIFICATE OF SERVICE