IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David J. Creely, Sr., ) | Case No. 14-23737-CMB |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Document No. WO-1 |
| ) | |
| David J. Creely, Sr., ) | |
| ) | |
| Social Security No. XXX-XX-2971 ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Thomas Drywall, Inc. ) | |
| And Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 29, 2018 a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

David J. Creely, Sr.
20 Grace Street
Pittsburgh, PA 15205

Thomas Drywall
Payroll Dept.
100 Summitt Circle
Washington, PA 15301

Date of Service:
October 29, 2018

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com