# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 14-23737-CMB |
| | : | |
| David J. Creely, Sr. | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Related to Claim No. 1-1 |

## CERTIFICATE OF SERVICE

The undersigned, Michael C. Mazack, counsel for creditor, U.S. Bank, National Association, et. al, hereby certifies that a true and correct copy of the Notice of Mortgage Payment Change was served on the following parties by first class mail, postage prepaid, on the 4th day of March, 2019.

David J. Creely, Sr.  
20 Grace Street  
Pittsburgh, PA 15205

Kenneth Steidl  
Steidl & Steinberg  
Suite 2830 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Office of the United States Trustee  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

Dated:  March 4, 2019

Respectfully Submitted,

THE LYNCH LAW GROUP, LLC

*/s/ Michael C. Mazack*  
Michael C. Mazack  
Pa.I.D. No. 205742  
501 Smith Dr., Suite 3  
Cranberry Township, PA 16066  
mmazack@lynchlaw-group.com  
(724) 776-8000  
Counsel for U.S. Bank, National Association