# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | DAVID J. CREELY |
| **Case Number:** | 14-23737-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 11, 2019  09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/15/19 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#83 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  83 / 0

*Appearances:*

Debtor: K Steidl
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  6-27-19  at  10:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Continued for payments.

4/9/2019    9:24:58AM