# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
6/27/19 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

- **Debtor:** DAVID J. CREELY
- **Case Number:** 14-23737-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 27, 2019 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#83 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 83 / 0

### *Appearances:*

- **Debtor:** K Seid
- **Trustee:** Winnecour / Pail / ~~Katz / DeSimone~~
- **Creditor:**

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___✓___ Contested Hearing: _____ at _____.
10. ___✓___ Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

6/20/2019   9:19:05AM