Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David J. Creely Sr.** | : | Case No. 14−23737−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per June 27, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this *The 27th of June, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                        Case No. 14-23737-CMB
David J. Creely, Sr.                                          Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2       User: jhel              Page 1 of 2       Date Rcvd: Jun 27, 2019
                           Form ID: 309            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db          +David J. Creely, Sr.,    20 Grace Street,    Pittsburgh, PA 15205-2909
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr           U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
              1920 Old Tustin Avenue,    Santa Ana
13922344    +Borough of Crafton,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13922345    +Borough of Crafton/Carlynton SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13939333    +Equitable Gas,    PO Box 371820,    Pittsburgh, PA 15250-7820
14387108     MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
              Greenville, SC  29603-0826
13944484   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy Department,    PO BOX 630267,
              Irving, TX 75063)
13922349     Ohio Valley Hospital,    P.O. Box 951731,    Cleveland, OH 44193-0019
13967726    +Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 N. Shore Drive, Suite 600,
              Pittsburgh, PA 15212,    Attention: Dawn Lindner 15212-5866
14908824     U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    C/O SN Servicing Corp,
              323 5th Street Eureka, CA 95501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13922346     EDI: CAPITALONE.COM Jun 28 2019 06:18:00      Capital One Bank,    P.O. Box 71083,
              Charlotte, NC 28272-1083
13953108     EDI: CAPITALONE.COM Jun 28 2019 06:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
13922347     EDI: RESURGENT.COM Jun 28 2019 06:18:00      Chase Bank,    c/o LVNV Funding & Resurgent Capital,
              P.O. Box 10587,    Greenville, SC 29603-0587
13987342    +E-mail/Text: kburkley@bernsteinlaw.com Jun 28 2019 02:38:09      Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13989282     EDI: RESURGENT.COM Jun 28 2019 06:18:00      LVNV Funding, LLC its successors and assigns as,
              assignee of Chase Bank USA, N.A.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13922350     EDI: PRA.COM Jun 28 2019 06:18:00      Portfolio Recovery Associates,    P.O. Box 12914,
              Norfolk, VA 23541
14913110    +E-mail/Text: bknotices@snsc.com Jun 28 2019 02:38:17
              U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    323 5th Street,
              Eureka, CA 95501-0305
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Borough of Crafton
cr           Carlynton School District
cr           Duquesne Light Company
cr           MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
cr           NATIONSTAR MORTGAGE LLC
13922348   ##+Nationstar Mortgage Corporation,    350 Highland Drive,    Lewisville, TX 75067-4177
                                                                                    TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Jun 27, 2019
                              Form ID: 309            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Debtor David J. Creely, Sr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Matthew Christian Waldt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Michael C. Mazack    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
           Chalet Series III Trust mmazack@lynchlaw-group.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 11
```