2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-23737-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

David J. Creely, Sr.
20 Grace Street
Pittsburgh PA 15205

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/10/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: U.S. Bank Trust Nt Assoc Trustee of Chalet Series, C/O SN Servicing Corp, 323 5th Street Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust Nt Assoc Trustee of Chalet Series
c/o SN Servicing Corp.
323 5th Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/03/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David J. Creely, Sr.
    Debtor

Case No. 14-23737-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: mgut　　　Page 1 of 1　　　Date Rcvd: Aug 01, 2019
　　　　　　　　　　　　　Form ID: trc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
14908824　　　U.S. Bank Trust Nt Assoc Trustee of Chalet Series,　　C/O SN Servicing Corp,
　　323 5th Street Eureka, CA 95501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
    Andrew F Gornall　　on behalf of Creditor　　NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
    James Warmbrodt　　on behalf of Creditor　　NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    Jeffrey R. Hunt　　on behalf of Creditor　　Carlynton School District jhunt@grblaw.com,
　　　cnoroski@grblaw.com
    Jeffrey R. Hunt　　on behalf of Creditor　　Borough of Crafton jhunt@grblaw.com,
　　　cnoroski@grblaw.com
    Kenneth Steidl　　on behalf of Debtor David J. Creely, Sr. julie.steidl@steidl-steinberg.com,
　　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
    Matthew Christian Waldt　　on behalf of Creditor　　NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
　　　bkecf@milsteadlaw.com
    Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,
　　　ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
    S. James Wallace　　on behalf of Creditor　　Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
　　　Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10