**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID J. CREELY, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>   Movant<br>   vs.<br>No Respondents. | Case No.:14-23737<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/17/2014 and confirmed on 11/13/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,683.27 |
| Less Refunds to Debtor | 3,120.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,563.27 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 4,134.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,534.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK TRUST NA - TRUSTEE OF CHALE<br>    Acct: 3662 | 0.00 | 42,807.05 | 0.00 | 42,807.05 |
|   US BANK TRUST NA - TRUSTEE OF CHALE<br>    Acct: 3662 | 50,056.84 | 41,877.26 | 0.00 | 41,877.26 |
|   BORO OF CRAFTON-SEWAGE FEES<br>    Acct: XXXXXXX4;14 | 508.48 | 377.83 | 153.21 | 531.04 |
|   BORO OF CRAFTON-SEWAGE FEES<br>    Acct: XXXXXXXXXXXXXX-INT | 70.31 | 47.84 | 0.00 | 47.84 |
|   BORO OF CRAFTON-TRASH FEES<br>    Acct: XXXXXXXXX9-14 | 894.00 | 684.05 | 270.62 | 954.67 |
|   BORO OF CRAFTON-TRASH FEES<br>    Acct: XXXXXXXXXXXXXXXX-INT | 276.43 | 215.03 | 0.00 | 215.03 |
| | | | | 86,432.89 |
| Priority | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DAVID J. CREELY, SR.<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DAVID J. CREELY, SR.<br>Acct: | 3,120.00 | 3,120.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| CARLYNTON SD/CRAFTON BORO(EIT)<br>Acct: XXXXXX6-12 | 4,574.26 | 0.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO(*)<br>Acct: XXXXXXXXX5850 | 0.00 | 6,595.85 | 0.00 | 6,595.85 |
| | | | | 6,595.85 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 2971 | 1,978.51 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA**<br>Acct: 9423 | 10,879.33 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 3007 | 5,439.91 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC - EQUITA<br>Acct: 2971 | 1,923.74 | 0.00 | 0.00 | 0.00 |
| OHIO VALLEY HOSPITAL++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| SN SERVICING CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                    93,028.74

TOTAL CLAIMED
PRIORITY           4,574.26
SECURED           51,806.06
UNSECURED         20.221.49

Date: 08/08/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com